Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff JAMES SHAYLER                    Note Change by Court

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual, | Case No.: 2:21-cv-01132-JFW-MAAx |
| Plaintiff, | **Order** |
| v. | |
| WESTPORT LA CRESCENTA LLC, a California limited liability company, | |
| Defendants. | |

Having read Plaintiff's Status Report Re: Settlement and Request for Extension and for good cause shown, the Court hereby GRANTS the Request for an Extension of the Court's jurisdiction to enforce the settlement of this case until August 30, 2021.

Dated: July 22, 2021

_____
Hon. John F. Walter
United States District Judge

1